UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

In re:

    HEALINC TELECOM, LLC,

                                  Chapter 7

               Debtor.          Case No. 13-10048 (SMB)

------------------------------------------------------------------x

**NOTICE OF MOTION FOR ORDER DESIGNATING STANLEY SCHOENBACH
AS A PERSON INCLUDED, PURSUANT TO F.R.Bankr.P. 9001(5), WITHIN
THE TERM "DEBTOR"**

    **PLEASE TAKE NOTICE** that Richard E. O'Connell, trustee in bankruptcy of Healinc Telecom, Inc. (the "Debtor") has filed a Motion, dated April 9, 2013, seeking an Order designating Dr. Stanley Schoenbach as a person included, pursuant to F.R.Bankr.P. 9001(5), within the term "debtor", who shall attend any examination or perform any act that the Debtor is required by the Bankruptcy Code and Rules to attend or perform. A copy of the Motion is annexed hereto. Objections to the Motion must by filed by not later than May 1, 2013, be served upon all parties entitled to notice and filed, with affidavit of service, as follows: (a) by registered users of the Court's electronic case filing system, electronically in accordance with General Order M-242 [*n.b.*, General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at *www.nyseb.uscourts.gov.*, the official website for the United States Bankruptcy Court for the Southern District of New York]; (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format, provided to the Clerk, United States Bankruptcy Court, One Bowling Green, New York, New York 10004. A hearing on the trustee's Motion will be held before the Honorable Stuart. M. Bernstein, in his Courtroom, at the address of the Bankruptcy Court set forth above, on May 2, 2013, at 10:00 AM.

Dated: New York, New York
       April 10, 2013

                                              Rich Michaelson Magaliff Moser, LLP
                                              Proposed Attorneys for the Trustee
                                              340 Madison Avenue, 19th Floor
                                              New York, New York 10173
                                              (P) 212-220-9404
                                              (F) 212-913-9642


                                              By: __/s/ *Robert N. Michaelson*_____
                                                     Robert N. Michaelson

{00003960v1 }