B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Healinc Telecom, LLC** ,    Case No.    **13-10048-smb**

Debtor

Chapter    **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 50,220.56 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 2,412,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 50,317.58 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 558,228.21 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 14 | | | |
| Total Assets | | | 50,220.56 | | |
| Total Liabilities | | | | 3,020,545.79 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of New York

In re    **Healinc Telecom, LLC**                                    ,    Case No.    __13-10048-smb__

_____
Debtor

Chapter    _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Healinc Telecom, LLC**                                                          ,    Case No.    __13-10048-smb__
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

In re  **Healinc Telecom, LLC** _____ ,    Case No. ___**13-10048-smb**___
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CitiBank Checking Account Account Ending in No. 1607** <br><br> **JPMorgan Chase Bank Checking Account Ending in No. 1046** | - <br><br><br> - | 151.26 <br><br><br> 69.30 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **D&O Policy Terminated 1/13/13** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          220.56
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Healinc Telecom, LLC** ,  Case No.  **13-10048-smb**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential future claim against Purple Communications, Inc., 595 Mento Drive, Rocklin, California 95765, under Asset Purchase Agreement dated 9/30/12** | - | 0.00 |

Sub-Total >    0.00
(Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Healinc Telecom, LLC**                                      ,     Case No.  __13-10048-smb__
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **FCC License (License expired March 2013 and was not renewed** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Various office equipment in possession of Lauren Stewart** | - | 25,000.00 |
|  | | **Various office equipment in possession of Lamar Stewart** | - | 25,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 50,000.00 |
| (Total of this page) | |
| Total > | 50,220.56 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Healinc Telecom, LLC**                                                                    Case No.    **13-10048-smb**
_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Eliane Uscher**<br>**5000 Fieldston Road**<br>**Bronx, NY 10471** | | - | | | **First Lien on All Assets** | | | | | |
| | | | | | Value $                    **0.00** | | | | **2,412,000.00** | **0.00** |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**    continuation sheets attached | Subtotal<br>(Total of this page) | **2,412,000.00**    **0.00** |
| | Total<br>(Report on Summary of Schedules) | **2,412,000.00**    **0.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Healinc Telecom, LLC**                                      ,    Case No. __**13-10048-smb**__
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Healinc Telecom, LLC**                                         ,    Case No.    **13-10048-smb**
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Benjamin Zapata** <br> **13323 Lake George Place** <br> **Tampa, FL 33618** | - | | | | | | 8,749.38 | 8,749.38 | 0.00 |
| Account No. <br><br> **Brasty Fernandez** <br> **1971 SW 4th Street Apt 403** <br> **Miami, FL 33135** | - | | | | | X | 15,527.89 | 15,527.89 | 0.00 |
| Account No. <br><br> **Edgar Adame** <br> **P.O. Box 153** <br> **Antioch, TN 37011** | - | | | | | | 15,597.13 | 15,597.13 | 0.00 |
| Account No. <br><br> **Katherine Robertson** <br> **1920 South Ocean Blvd, Apt. 4** <br> **Delray Beach, FL 33483** | - | | | | | | 1,483.70 | 1,483.70 | 0.00 |
| Account No. <br><br> **Molly Preato** <br> **16182 127 Drive North** <br> **Jupiter, FL 33478** | - | | | | | | 2,016.81 | 2,016.81 | 0.00 |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 43,374.91 | |
| (Total of this page) | 43,374.91 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Healinc Telecom, LLC** _____,    Case No. __**13-10048-smb**__
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Ralph Hensler, Ph.D. 1623 Third Avenue, Apt. 20G New York, NY 10128 | - | | | | | X | 0.00 0.00 | 0.00 0.00 |
| Account No. Roel Guevvera 705 West Eagle Ridge Street Sioux Falls, SD 57108 | - | | | | | X | 0.00 0.00 | 0.00 0.00 |
| Account No. Tayha Bordenave 801 Almond Avenue Harrisburg, SD 57032 | - | | | | | | 2,100.00 2,100.00 | 0.00 |
| Account No. Tina M. Gregersen 1013 East 64th Street Sioux Falls, SD 57108 | - | | | | | X | 4,842.67 4,842.67 | 0.00 |
| Account No. Tyson M. Illi 705 West Eagle Ridge Street Sioux Falls, SD 57108 | - | | | | | X | 0.00 0.00 | 0.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 6,942.67 | 6,942.67 0.00 |
| Total (Report on Summary of Schedules) | 50,317.58 | 50,317.58 0.00 |

B6F (Official Form 6F) (12/07)

In re     **Healinc Telecom, LLC**                                                              Case No.    **13-10048-smb**
                                                                        ,
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Appia Communications 210 N. Tucker Blvd., Suite 560 Saint Louis, MO 63101** | - | | | | | | **4,278.74** |
| Account No. | | | | | | | |
| **Au Pix Ltd 81 Macrar Road Eden Office Park Ham Green, Bristol BS20 0DD, UK** | - | | | | | | **27,500.00** |
| Account No. | | | | | | | |
| **Austin L. Stewart 705 West Eagle Ridge Street Sioux Falls, SD 57108** | - | | | | | X | **2,007.01** |
| Account No. | | | | | | | |
| **Bandwith.Com 1855 Blake Street, Suite 1A Denver, CO 80202** | - | | | | | | **8,759.14** |
| __3__ continuation sheets attached | | | Subtotal (Total of this page) | | | | **42,544.89** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          S/N:39525-130401    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Healinc Telecom, LLC**                                  ,        Case No.    **13-10048-smb**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Business Bank Loan OPS** **100 Citibank Drive Bldg 1 Fl 1** **Sutie 1A** **San Antonio, TX 78245** | - | | | | | | | 67,063.00 |
| Account No. | | | | | | | | |
| **Certified Language Int'l** **4724 SW Macadam Avenue** **Portland, OR 97239** | - | | | | | | | 133,000.00 |
| Account No. | | | | Business Credit Card | | | | |
| **Citibusiness Card** **PO Box 6235** **Sioux Falls, SD 57117-5235** | - | | | | | | | 10,624.40 |
| Account No. | | | | | | | | |
| **Ives** **448 Place Jacques Carter** **Montreal (Quebec)** **H2Y-3838 Canada** | - | | | | | | | 65,238.00 |
| Account No. | | | | | | | | |
| **Jose Suarez** **c/o Arroyo** **258 Fillmore Street** **Staten Island, NY 10301** | - | | | | | | X | 17,072.72 |

Sheet no. __1__ of __3__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)     292,998.12

B6F (Official Form 6F) (12/07) - Cont.

In re    **Healinc Telecom, LLC**                                    ,    Case No.    **13-10048-smb**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Kleinlawgroup LPLLC 1250 Connecticut Avenue NW Washington, DC 20036 | - | | | | | | | 4,900.00 |
| Account No. | | | | | | | | |
| Lamar Stewart 5012 South Cliff Avenue, #11 Sioux Falls, SD 57108 | - | | | | | | X | 0.00 |
| Account No. | | | | | | | | |
| Lauren Stewart 28039 Scott Road, D-122 Murrieta, CA 92563 | - | | | | | | X | 0.00 |
| Account No. | | | | | | | | |
| Millar Isar, Inc. Attn: Andrew Isar, President 4423 Point Fosdick Dr.,Ste 396 Gig Harbor, WA 98335 | - | | | | | | X | 19,255.20 |
| Account No. | | | | | | | | |
| NTT Communications 101 Park Avenue, 41st Fl New York, NY 10178 | - | | | | | | | 3,805.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        | 27,960.20 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Healinc Telecom, LLC**                                              ,    Case No.    **13-10048-smb**
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pathfinder Development LLC 215 West Superior Street Suite 400 Chicago, IL 60654 | - | | | | | | | 40,000.00 |
| Account No. | | | | | | | | |
| Schnader Harrison LLP 1600 Market St., Ste 3600 Washington, DC 20036 | - | | | | | | | 132,214.00 |
| Account No. | | | | | | | | |
| Snap Telecommunications, Inc. c/o Diamond Buisness Credit PO Box 16000 Lewiston, ME 04243-9407 | - | | | | | | X | 0.00 |
| Account No. | | | | | | | | |
| Steptoe and Johnson Esq. 1330 Connecticut Avenue Washington, DC 20036 | - | | | | | | | 22,511.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __3__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 194,725.00 |
| Total (Report on Summary of Schedules) | 558,228.21 |

B6G (Official Form 6G) (12/07)

.

In re    **Healinc Telecom, LLC**                                           Case No.    **13-10048-smb**
                                                    ,
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Purple Communications, Inc.**<br>**595 Menlo Drive**<br>**Rocklin, CA 95765** | **Asset Purchase Agreement**<br>**dated September 30, 2012** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __**Healinc Telecom, LLC**_____,    Case No. ___**13-10048-smb**_____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   Healinc Telecom, LLC                                          Case No.    13-10048-smb
                                        Debtor(s)                     Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___16___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   April 19, 2013                          Signature    /s/ Stanley Schoenbach
                                                            Stanley Schoenbach
                                                            Managing Member

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Southern District of New York

In re   Healinc Telecom, LLC                                        Case No.   13-10048-smb
_____
Debtor(s)                                Chapter   7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2013 Year to Date |
| $829,053.00 | 2012 (est.) |
| $4,508,318.00 | 2011(est.) |
| $4,364,832.00 | 2010 (est.) |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B 7 (12/12)
                                                                                                                  2

---

### 3. Payments to creditors

**None**
☑

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See attached list  10/8/12 - 1/5/13 | | $0.00 | $0.00 |

**None**
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See attached 1/6/12 - 1/5/13 | | $0.00 | $0.00 |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Coda VRS Corporation, Carol Halley and Jason Halley v. Stanley Schoenbach, Eliane Uscher, Lamar Stewart, Lielinks VRI LLC, Healinc LLC, Lifelinks Studios LLC and Healinc Telecom LLC. Index No. 12/06440 | Breach of Contract | New York Western District Court Rochester Office County of Westchester | Pending |

**None**
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B 7 (12/12)                                                                                                      3

---

#### 5.  Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
     returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
     or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
     spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

#### 6.  Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
     this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
     joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
     preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
     property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
     filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

#### 7.  Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
     and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
     aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
     either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

#### 8.  Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or
     since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
     spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

#### 9.  Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation
     concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately
     preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Rattet Pasternak, LLP | 9/12/12 | $7,500.00 |
| One North Lexington Avenue | 11/19/12 | $5,000.00 |
| White Plains, NY 10601 | | |

B 7 (12/12)                                                                                                   4

---

**10.  Other transfers**

☐ None     a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Sold Primary Assets to Purple Communications, Inc. | 9/30/12 | $180,000.00 |

■ None     b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

☐ None     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| HSBC Bank 569 WEst 235th Street Bronx, NY 10463 | Checking Account Ending in 2676 | $50.00 - Approx. July, 2012 |

---

**12.  Safe deposit boxes**

■ None     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

■ None     List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

■ None     List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

B 7 (12/12)
5

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS        NAME AND ADDRESS OF        DATE OF        ENVIRONMENTAL
                             GOVERNMENTAL UNIT          NOTICE         LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS        NAME AND ADDRESS OF        DATE OF        ENVIRONMENTAL
                             GOVERNMENTAL UNIT          NOTICE         LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                          DOCKET NUMBER                          STATUS OR DISPOSITION

B 7 (12/12)                                                                                                              6

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| Alan Badey Citrin Cooperman & Company LLP 709 Westchester Avenue White Plains, NY 10604 | |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------|
| Alan Badey | Citrin Cooperman & Company LLP 709 Westchester Avenue White Plains, NY 10604 | |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

---

B 7 (12/12)                                                                                         7

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
     issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

---

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
     and the dollar amount and basis of each inventory.

                                                                   DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY                INVENTORY SUPERVISOR               (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                                   NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                  RECORDS

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                 NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                   NATURE AND PERCENTAGE
NAME AND ADDRESS                 TITLE                              OF STOCK OWNERSHIP
Healinc, LLC                     Member                            100%
PO Box 181
Bronx, NY 10471

Stanley Schoenbach               Manager                           0%

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
     commencement of this case.

NAME                             ADDRESS                            DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
     immediately preceding the commencement of this case.

NAME AND ADDRESS                 TITLE                              DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
     commencement of this case.

NAME & ADDRESS                                                      AMOUNT OF MONEY
OF RECIPIENT,                    DATE AND PURPOSE                   OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR           OF WITHDRAWAL                      VALUE OF PROPERTY
See attached list

B 7 (12/12)                                                                                                                 8

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)
Healinc, LLC                                                        52-2325824

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    April 19, 2013                          Signature    /s/ Stanley Schoenbach
                                                             Stanley Schoenbach
                                                             Managing Member

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

7:38 AM

04/07/13

Cash Basis

# Healinc Telecom, LLC
## Transactions by Account
### As of January 5, 2013

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|---------|
| **Cash TD Ameritrade** | | | | | | | | | | 165.23 |
| **Total Cash TD Ameritrade** | | | | | | | | | | 165.23 |
| **Healinc, LLC** | | | | | | | | | | 24,309.42 |
|   **Chase Bank Checking-1046** | | | | | | | | | | 23,610.68 |
| Check | 10/11/2012 | | | American Express {B} | | X | AMEX Della- ... | | 1,537.10 | 22,073.58 |
| Check | 10/12/2012 | | | Paychex HRS | | X | Medical - S12... | | 28.50 | 22,045.08 |
| Check | 10/12/2012 | PR11... | | | | X | Net Paychecks | | 752.20 | 21,292.88 |
| Check | 10/12/2012 | PR11... | | | | X | Net Paychecks | | 1,742.52 | 19,550.36 |
| Check | 10/12/2012 | PR11... | | | | X | Net Paychecks | | 1,884.40 | 17,665.96 |
| Check | 10/12/2012 | PR11... | | | | X | Net Paychecks | | 1,695.02 | 15,970.94 |
| Check | 10/12/2012 | PR11... | | | | X | Net Paychecks | | 726.73 | 15,244.21 |
| Check | 10/12/2012 | PR11... | | | | X | Net Paychecks | | 1,878.57 | 13,365.64 |
| Check | 10/12/2012 | PR11... | | | | X | Net Paychecks | | 570.23 | 12,795.41 |
| Check | 10/16/2012 | PR11... | | | | X | Net Paychecks | | 1,884.40 | 10,911.01 |
| Check | 10/16/2012 | PR11... | | | | X | Net Paychecks | | 880.48 | 10,020.53 |
| Check | 10/16/2012 | PR11... | | | | X | Net Paychecks | | 1,300.87 | 8,719.66 |
| Check | 10/16/2012 | PR11... | | | | X | Net Paychecks | | 700.12 | 8,019.54 |
| Check | 10/16/2012 | 1252 | | Kaufman Managem... | | X | Rent Expense | | 6,154.16 | 1,865.38 |
| Check | 10/17/2012 | | | PayChex {B} | | X | Net Paychecks | | 1,755.39 | 109.99 |
| Check | 10/17/2012 | | | PayChex {B} | | X | Payroll Expen... | | 288.82 | -178.83 |
| Check | 10/17/2012 | | | PayChex {B} | | X | Cost of Servic... | | 10.42 | -189.25 |
| Transfer | 10/18/2012 | | | | Funds Transfer | X | Advances to B... | 1,500.00 | | 1,310.75 |
| Transfer | 10/18/2012 | | | | Funds Transfer | X | Chase Bank S... | 500.00 | | 1,810.75 |
| Transfer | 10/18/2012 | | | | Funds Transfer | X | Due to Healinc... | 250.00 | | 2,060.75 |
| Transfer | 10/18/2012 | | | | from stan | X | Advances to B... | 50.00 | | 2,110.75 |
| Transfer | 10/18/2012 | | | | Funds Transfer | X | Due to Healinc... | 1,300.00 | | 3,410.75 |
| Transfer | 10/18/2012 | | | | Funds Transfer | X | Due to Healinc... | 250.00 | | 3,660.75 |
| Transfer | 10/18/2012 | | | | Funds Transfer | X | Due to Healinc... | 2,000.00 | | 5,660.75 |
| Check | 10/22/2012 | | | Wells Fargo | | X | Wells Fargo L... | | 1,963.00 | 3,697.75 |
| Check | 10/22/2012 | | | Chase {B} | ask stan | X | -SPLIT- | | 1,073.96 | 2,623.79 |
| Check | 10/24/2012 | | | CHASE   EPA... | | X | Chase Healinc... | | 25.00 | 2,598.79 |
| Check | 10/26/2012 | | | CHASE   EPA... | | X | Chase-SS MC... | | 200.00 | 2,398.79 |
| Check | 10/26/2012 | | | American Express ... | | X | AMEX-Plat De... | | 677.01 | 1,721.78 |
| Check | 10/26/2012 | | | Capital One MC - 6... | xxxx-xxxx-xxx... | X | Capital One-M... | | 325.00 | 1,396.78 |
| Transfer | 10/31/2012 | | | | from stan | X | Advances to B... | 300.00 | | 1,696.78 |
| Transfer | 10/31/2012 | | | | Funds Transfer | X | Due to Healinc... | | 1,100.00 | 596.78 |
| Check | 10/31/2012 | | | | | X | Bank Charges | | 134.00 | 462.78 |
| Transfer | 11/01/2012 | | | | from stan | X | Advances to B... | 3,200.00 | | 3,662.78 |
| Transfer | 11/01/2012 | | | | Funds Transfer | X | Due to Healinc... | 300.00 | | 3,962.78 |
| Transfer | 11/01/2012 | | | | from Stan? | X | Advances to B... | 1,000.00 | | 4,962.78 |
| Transfer | 11/01/2012 | | | | Funds Transfer | X | Due to Healinc... | | 100.00 | 4,862.78 |
| Check | 11/01/2012 | | | CHASE   EPA... | | X | Chase VISA-6... | | 60.00 | 4,802.78 |
| Check | 11/01/2012 | | | Bank of America | | X | BOA MasterC... | | 3,075.00 | 1,727.78 |
| Check | 11/01/2012 | | | CHASE   EPA... | overdraft | X | Bank Charges | | 25.00 | 1,702.78 |
| Check | 11/07/2012 | | | Ryan Strege | | X | Net Paychecks | | 200.00 | 1,502.78 |
| Check | 11/07/2012 | | | Discover Card | xxxxx-4173 | X | Discover Card ... | | 250.00 | 1,252.78 |
| Deposit | 11/09/2012 | | | | refund from P... | X | Payroll Expen... | 16.00 | | 1,268.78 |
| Deposit | 11/09/2012 | | | | Refund from ... | X | Payroll Expen... | 500.00 | | 1,768.78 |

Page 1

7:38 AM
04/07/13
Cash Basis

# Healinc Telecom, LLC
## Transactions by Account
### As of January 5, 2013

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 11/13/2012 | | | Dakota Care | | X | Insurance G&A | | 974.05 | 704.70 |
| Check | 11/13/2012 | | | CHASE    EPA... | ask stan | X | To Be Coded | | 200.00 | 504.70 |
| Check | 11/13/2012 | | | American Express (B) | | X | AMEX Delta- ... | | 9.39 | 595.31 |
| Check | 11/16/2012 | | | PAYCHEX-HRS    ... | | X | Health Insuran... | | 28.50 | 556.81 |
| Check | 11/16/2012 | | | Wells Fargo | | X | Wells Fargo L... | | 1,848.00 | -1,291.19 |
| Check | 11/20/2012 | 1265 | | Comcast | | X | Internet/Online | | 69.10 | -1,360.29 |
| Transfer | 11/20/2012 | | | | Funds Transfer | X | Due to Healinc... | 2,000.00 | | 639.71 |
| Transfer | 11/20/2012 | | | | Funds Transfer | X | Due to Healinc... | 1,200.00 | | 1,839.71 |
| Check | 11/21/2012 | | | Capital One Online | | X | Capital One - ... | | 150.00 | 1,689.71 |
| Check | 11/23/2012 | | | | Funds Transfer | X | -SPLIT- | | 1,072.09 | 617.62 |
| Check | 11/23/2012 | | | CHASE    EPA... | | X | Chase Card xx... | | 32.95 | 584.67 |
| Check | 11/23/2012 | | | CHASE    EPA... | | X | Chase-SS MC... | | 200.00 | 384.67 |
| Check | 11/23/2012 | | | Capital One Online | account endi... | X | Capital One - ... | | 150.00 | 234.67 |
| Check | 11/28/2012 | | | American Express (B) | | X | AMEX-Plat De... | | 99.58 | 135.09 |
| Transfer | 11/30/2012 | | | | Funds Transfer | X | Due to Healinc... | 2,000.00 | | 2,135.09 |
| Check | 11/30/2012 | | | CHASE    EPA... | | X | Chase VISA-6... | | 55.00 | 2,080.09 |
| Check | 11/30/2012 | | | CHASE    EPA... | | X | Bank Charges | | 25.00 | 2,055.09 |
| Check | 11/30/2012 | | | | Service Charge | X | Bank Charges | | 37.00 | 2,018.09 |
| Transfer | 12/03/2012 | | | PayChex (B) | | X | Payroll Service | | 1,200.00 | 818.09 |
| Check | 12/03/2012 | | | HSBC Tutors Fund ... | | X | Payroll Service | | 650.00 | 168.09 |
| Check | 12/03/2012 | | | | Funds Transfer | X | Due to Healinc... | | 155.00 | 13.09 |
| Transfer | 12/05/2012 | | | | Funds Transfer | X | Due to Healinc... | 500.00 | | 513.09 |
| Transfer | 12/05/2012 | | | . | Funds Transfer | X | Due to Healinc... | 1,800.00 | | 2,313.09 |
| Check | 12/10/2012 | | | American Express (B) | | X | AMEX Delta- ... | | 167.00 | 2,146.09 |
| Transfer | 12/14/2012 | | | | Funds Transfer | X | Due to Healinc... | 1,500.00 | | 646.09 |
| Check | 12/17/2012 | | | PAYCHEX-HRS    ... | | X | Medical - S12... | | 28.50 | 617.59 |
| Check | 12/17/2012 | | | Dakota Care | | X | Health Insuran... | | 762.16 | -244.57 |
| Transfer | 12/18/2012 | | | . | from Elaine | X | Advances to B... | 48,000.00 | | 47,766.43 |
| Transfer | 12/18/2012 | | | | Funds Transfer | X | Chase Healinc... | 2,200.00 | | 49,955.43 |
| Check | 12/18/2012 | | | CHASE    EPA... | ask stan | X | To Be Coded | | 7,941.85 | 42,013.58 |
| Transfer | 12/18/2012 | | | | Funds Transfer | X | Due to Healinc... | 3,000.00 | | 39,013.58 |
| Check | 12/18/2012 | | | Wells Fargo | | X | Wells Fargo L... | | 2,004.00 | 37,009.58 |
| Check | 12/19/2012 | | | Citibank Visa (B) | | X | Schoenbach V... | | 217.74 | 36,791.84 |
| Check | 12/19/2012 | | | PayChex (B) | | X | Payroll Expen... | | 25,092.61 | 11,699.23 |
| Check | 12/19/2012 | | | PAYCHEX TPS    ... | | X | Payroll Expen... | | 5,165.10 | 6,534.13 |
| Check | 12/19/2012 | | | PayChex (B) | | X | Garnishments | | 438.00 | 6,096.13 |
| Check | 12/19/2012 | | | Jonathan Gomez | | X | Payroll - COS | | 940.90 | 5,155.23 |
| Check | 12/19/2012 | | | PayChex (B) | | X | Payroll Expen... | | 1,602.82 | 3,552.41 |
| Deposit | 12/20/2012 | | | | refund from A... | X | Payroll Taxes ... | 67.57 | | 3,619.98 |
| Transfer | 12/20/2012 | | | | Funds Transfer | X | Due to Healinc... | 2,800.00 | | 6,419.98 |
| Deposit | 12/20/2012 | | | | Deposit | X | Net Paychecks | 1,000.00 | | 7,419.98 |
| Check | 12/20/2012 | | | CHASE    EPA... | ask stan chas... | X | To Be Coded | | 877.34 | 6,542.64 |
| Check | 12/24/2012 | | | Chase (B) | | X | -SPLIT- | | 1,065.99 | 5,476.66 |
| Check | 12/24/2012 | | | Capital One Online | | X | Capital One - ... | | 150.00 | 5,326.65 |
| Transfer | 12/28/2012 | | | | Funds Transfer | X | Due to Healinc... | 500.00 | | 5,826.65 |
| Transfer | 12/28/2012 | | | | Funds Transfer | X | Due to Healinc... | 2,200.00 | | 8,026.65 |
| Transfer | 12/28/2012 | | | | Funds Transfer | X | Chase Healinc... | 1,200.00 | | 9,226.65 |
| Transfer | 12/28/2012 | | | | Funds Transfer | X | Due to Healinc... | 200.00 | | 9,426.65 |
| Check | 12/28/2012 | | | Chase Card - 5412 | 5283 2710 09... | X | Chase-SS MC... | | 175.00 | 9,251.65 |

Page 2

7:38 AM
04/07/13
Cash Basis

# Healinc Telecom, LLC
## Transactions by Account
### As of January 5, 2013

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|---------|
| Check | 12/28/2012 | | | American Express (B) | amex ending ... | X | To Be Coded | | 1,408.10 | 7,843.65 |
| Check | 12/28/2012 | | | Capital One MC – 8... | xxxx-xxxx-xxx... | X | Capital One-M... | | 300.00 | 7,543.65 |
| Check | 12/28/2012 | | | CHASE        EPA... | | X | Chase VISA-8... | | 50.00 | 7,493.66 |
| Check | 12/28/2012 | | | | | X | Bank Charges | | 49.00 | 7,444.66 |
| Check | 12/28/2012 | 1120 | | Eddie Gomez | | X | Payroll - COS | | 922.16 | 6,522.40 |
| Check | 12/28/2012 | 1123 | | Natalia Solo | | X | Payroll - COS | | 722.93 | 5,799.47 |
| Check | 12/28/2012 | 1124 | | Jacob Stacey | | X | Payroll - COS | | 161.67 | 5,637.80 |
| Check | 12/28/2012 | 1125 | | David Allen Thomps... | | X | Payroll - COS | | 1,586.82 | 4,050.78 |
| Check | 12/28/2012 | 1126 | | Melissa Ann Wooster | | X | Payroll - COS | | 267.30 | 3,783.48 |
| Check | 12/28/2012 | 1128 | | Sabrina Patino | | X | Payroll - COS | | 1,125.18 | 2,658.30 |
| Check | 12/28/2012 | 1268 | | Missouri Dept of Re... | | X | Taxes - State | | 62.00 | 2,596.30 |
| Check | 12/28/2012 | 1267 | | Cash | | X | Advances to B... | | 1,000.00 | 1,596.30 |
| Check | 12/28/2012 | 1269 | | Stanley Schoenbach | | X | Advances to B... | | 1,500.00 | 96.30 |
| Check | 12/28/2012 | 1268 | | Hertford Fire Insura... | | X | Insurance-Liab... | | 112.73 | -16.43 |
| Transfer | 12/31/2012 | | | | Funds Transfer | X | Due to Healinc... | 400.00 | | 383.57 |
| **Total Chase Bank Checking-1046** | | | | | | | | **77,233.57** | **100,460.66** | **383.57** |
| **Chase Bank Savings-3363** | | | | | | | | | | 612.99 |
| Transfer | 10/16/2012 | | | | Funds Transfer | X | Chase Bank C... | | 600.00 | 12.99 |
| **Total Chase Bank Savings-3363** | | | | | | | | **0.00** | **600.00** | **12.99** |
| **CitiBusiness IMMA** | | | | | | | | | | 0.00 |
| Transfer | 10/26/2012 | | | | Funds Transfer | | Healinc Telec... | 5.00 | | 5.00 |
| Transfer | 10/26/2012 | | | | Funds Transfer | | Healinc Telec... | 5.00 | | 10.00 |
| **Total CitiBusiness IMMA** | | | | | | | | **10.00** | **0.00** | **10.00** |
| **Healinc Telecom LLC- Citibank 0** | | | | | | | | | | 110.57 |
| Transfer | 10/26/2012 | | | | Funds Transfer | X | Due to Healinc... | 500.00 | | 610.57 |
| Transfer | 10/26/2012 | | | | Funds Transfer | X | CitiBusiness I... | | 5.00 | 605.57 |
| Check | 10/26/2012 | | | American Express ... | | X | Due to Healinc... | | 500.00 | 105.57 |
| Transfer | 10/26/2012 | | | | Funds Transfer | X | Due to Healinc... | 3,300.00 | | 3,405.57 |
| Check | 10/26/2012 | | | | | X | Bank Charges | | 25.00 | 3,380.57 |
| Transfer | 10/26/2012 | | | | Funds Transfer | X | CitiBusiness I... | | 5.00 | 3,375.57 |
| Transfer | 11/06/2012 | | | Citi Card | 4271 3828 09... | X | Citibank Revol... | | 3,222.00 | 153.57 |
| Check | 12/01/2012 | | | Pathfinder Associati... | Payment for ... | X | To Be Coded | | 5,000.00 | -4,846.43 |
| Check | 12/01/2012 | 2413 | | Stanley Schoenbach | | X | Partner Distrib... | | 750.00 | -5,596.43 |
| Transfer | 12/11/2012 | | | | Funds Transfer | X | Due to Healinc... | 3,300.00 | | -2,296.43 |
| Check | 12/12/2012 | 91210 | | Citi Card | 4271 3828 09... | X | Citibank Revol... | | 3,220.90 | -5,517.23 |
| Transfer | 12/14/2012 | | | | Funds Transfer | X | Due to Healinc... | 5,000.00 | | -617.23 |
| Transfer | 12/17/2012 | | | | Funds Transfer | X | Due to Healinc... | 750.00 | | 232.77 |
| Check | 12/24/2012 | | | | Service Charge | X | Bank Charges | | 5.00 | 227.77 |
| **Total Healinc Telecom LLC- Citibank 0** | | | | | | | | **12,850.00** | **12,732.80** | **227.77** |
|  | | | | | | | | | | **227.77** |

Page 3

7:38 AM

04/07/13

Cash Basis

## Healinc Telecom, LLC
## Transactions by Account
### As of January 5, 2013

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-----|-------|-------|--------|---------|
| **HSBC Checking - 90309-5** | | | | | | | | | | |
| Total HSBC Checking - 90309-5 | | | | | | | | | | 75.18 |
| | | | | | | | | | | 75.18 |
| Total Healinc, LLC | | | | | | | | 90,093.57 | 113,693.48 | 709.51 |
| **TOTAL** | | | | | | | | 90,093.57 | 113,693.48 | 874.74 |

7:41 AM

04/07/13

Cash Basis

# Healinc Telecom, LLC
## Transactions by Account
### As of January 5, 2013

| Type | Date | Num | Adj | Name | Memo | Class | Split | Debit | Credit | Balance |
|------|------|-----|-----|------|------|-------|-------|-------|--------|---------|
| **Business Loan-Uscher Managemen** | | | | | | | | | | 127,363.35 |
| Transfer | 06/25/2012 | | | | Deposit | | Chase Bank C... | | 9,053.23 | 136,416.58 |
| General Journal | 08/25/2012 | cc201... | | | TO RECORD... | | Due to Healin... | | 18,559.79 | 154,976.37 |
| General Journal | 08/25/2012 | cc201... | * | | CitiBank Rea... | | Advances to B... | | 3,053.00 | 158,029.37 |
| Credit Card Credit | 07/23/2012 | | | PAY BY PHONE P... | | | Citbank AMEX | | 17,376.00 | 175,405.37 |
| Deposit | 08/08/2012 | | | Teller Deposit | | | Healinc Teloc... | | 3,300.00 | 178,705.37 |
| Deposit | 08/23/2012 | | | Deposit | | | Chase Bank C... | | 10,000.00 | 188,705.37 |
| Transfer | 09/20/2012 | | | | Deposit | | Chase Bank C... | | 10,000.00 | 198,705.37 |
| Check | 10/03/2012 | 1259 | | Uscher Management | | | Chase Bank C... | 10,000.00 | | 188,705.37 |
| Check | 10/03/2012 | 1262 | | Eliane Schoenbach | | | Chase Bank C... | 928.00 | | 187,777.37 |
| **Total Business Loan-Uscher Managemen** | | | | | | | | 10,928.00 | 71,342.02 | 187,777.37 |
| **TOTAL** | | | | | | | | 10,928.00 | 71,342.02 | 187,777.37 |

Net loans from Uscher Managemnt
during the period 1/6/12-1/5/13
$71,342.02-10,928 = $60,414.02

ADDENDUM TO SOFA NO. 23

## Healinc Telecom, LLC
## **Transactions by Account**
**As of January 5, 2013**
**Stanley Schoenbach**

|  | | Withdrawals | Contributions |
|---|---|---|---|
| Jan 6 - 31, 12 | | 48,200.00 | 59,719.43 |
| Feb 12 | | 28,800.00 | 31,500.00 |
| Mar 12 | | 23,339.44 | 36,421.84 |
| Apr 12 | | 32,625.00 | 26,998.34 |
| May 12 | | 47,500.00 | 46,981.88 |
| Jun 12 | | 18,073.00 | 16,104.03 |
| Jul 12 | | 22,878.94 | 19,598.94 |
| Aug 12 | | 10,250.00 | 12,830.00 |
| Sep 12 | | 2,014.90 | 29,993.10 |
| Oct 12 | | 18,000.00 | 11,850.00 |
| Nov 12 | | 0.00 | 4,200.00 |
| Dec 12 | | 0.00 | 48,000.00 |
| Jan 1 - 5, 13 | | 0.00 | 0.00 |
| **TOTAL** | | **251,681.28** | **344,197.56** |
| | **Net contributions** | | **92,516.28** |

# United States Bankruptcy Court
## Southern District of New York

In re   Healinc Telecom, LLC _____   Case No.   13-10048-smb _____

                                     Debtor(s)   Chapter   7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   April 19, 2013 _____        /s/ Stanley Schoenbach _____
                                                Stanley Schoenbach/Managing Member
                                                Signer/Title

ELIANE USCHER
5000 FIELDSTON ROAD
BRONX, NY 10471

IVES
448 PLACE JACQUES CARTER
MONTREAL (QUEBEC)
H2Y-3838 CANADA

JOSE SUAREZ
C/O ARROYO
258 FILLMORE STREET
STATEN ISLAND, NY 10301

KATHERINE ROBERTSON
1920 SOUTH OCEAN BLVD, APT. 4
DELRAY BEACH, FL 33483

KERRY S. KEHOE, ESQ.
HOLLAND & KNIGHT
100 ST. JANES AVENUE
BOSTON, MA 02116

KLEINLAWGROUP LPLLC
1250 CONNECTICUT AVENUE NW
WASHINGTON, DC 20036

LAMAR STEWART
5012 SOUTH CLIFF AVENUE, #11
SIOUX FALLS, SD 57108

LAMAR STEWART
705 WEST EAGLE RIDGE STREET
SIOUX FALLS, SD 57108

LAUREN STEWART
28039 SCOTT ROAD, D-122
MURRIETA, CA 92563

MILLAR  ISAR, INC.
ATTN: ANDREW ISAR, PRESIDENT
4423 POINT FOSDICK DR.,STE 396
GIG HARBOR, WA 98335

MOLLY PREATO
16182 127 DRIVE NORTH
JUPITER, FL 33478

NTT COMMUNICATIONS
101 PARK AVENUE, 41ST FL
NEW YORK, NY 10178

NYC CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-240
ATTN: TAX& BKCY LIT. DIV.
NEW YORK, NY 10007

NYC DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS DIVS.
345 ADAMS STREET, 3RD FL.
BROOKLN, NY 11201

NYS DEPT.OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
15 METRO TECH CENTER, 5TH FL.
BROOKLYN, Y 11201

NYS UNEMPLOYMENT
INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201

PATHFINDER DEVELOPMENT LLC
215 WEST SUPERIOR STREET, SUITE 400
CHICAGO, IL 60654

PURPLE COMMUNICATIONS, INC.
595 MENLO DRIVE
ROCKLIN, CA 95765

RALPH HENSLER, PH.D.
1623 THIRD AVENUE, APT. 20G
NEW YORK, NY 10128

ROEL GUEVARRA
705 WEST EAGLE RIDGE STREET
SIOUX FALLS, SD 57108

SNAP TELECOMMUNICATIONS, INC.
C/O DIAMOND BUISNESS CREDIT
PO BOX 16000
LEWISTON, ME 04243-9407

STEPTOE AND JOHNSON ESQ.
1330 CONNECTICUT AVENUE
WASHINGTON, DC 20036

TAYHA BORDENAVE
801 ALMOND AVENUE
HARRISBURG, SD 57032

TINA GREGERSEN
1013 EAST 64TH STREET
SIOUX FALLS, SD 57108

TYSON M. ILLI
705 WEST EAGLE RIDGE STREET
SIOUX FALLS, SD 57108

HEALINC TELECOM, LLC
***13-10048***

APPIA COMMUNICATIONS
210 N. TUCKER BLVD., SUITE 560
SAINT LOUIS, MO 63101

AU PIX LTD
81 MACRAR ROAD
EDEN OFFICE PARK
HAM GREEN, BRISTOL BS20 0DD, UK

AUSTIN STEWART
705 WEST EAGLE RIDGE STREET
SIOUX FALLS, SD 57108

BANDWITH.COM
1855 BLAKE STREET, SUITE 1A
DENVER, CO 80202

BENJAMIN ZAPATA
13323 LAKE GEORGE PLACE
TAMPA, FL 33618

BRASTY FERNANDEZ
1971 SW 4TH STREET APT 403
MIAMI, FL 33135

BUSINESS BANK LOAN OPS
100 CITIBANK DRIVE BLDG 1 FL 1
SUTIE 1A
SAN ANTONIO, TX 78245

CERTIFIED LANGUAGE INT'L
4724 SW MACADAM AVENUE
PORTLAND, OR 97239

CITIBUSINESS CARD
PO BOX 6235
SIOUX FALLS, SD 57117-5235

CITIBUSINESS CARD
PO BOX 183113
COLUMBUS, OH 43218-3113

EDGAR ADAME
P.O. BOX 153
ANTIOCH, TN 37011