UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:

    HEALINC TELECOM, LLC,

                                                        Chapter 7

                  Debtor.                     Case No. 13-10048 (SMB)

-------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF MOTION FOR ORDER DESIGNATING STANLEY SCHOENBACH AS A PERSON INCLUDED, PURSUANT TO F.R.Bankr.P. 9001(5), WITHIN THE TERM "DEBTOR"

**PLEASE TAKE NOTICE** that the Motion of Richard E. O'Connell, trustee in bankruptcy of Healinc Telecom, Inc. (the "Debtor"), dated April 9, 2013, and scheduled for hearing on May 2, 2013, at 10:00 a.m., seeking an Order designating Dr. Stanley Schoenbach as a person included, pursuant to F.R.Bankr.P. 9001(5), within the term "debtor", who shall attend any examination or perform any act that the Debtor is required by the Bankruptcy Code and Rules to attend or perform, is hereby withdrawn, without prejudice.

Dated: New York, New York
       April 24, 2013

                                              Rich Michaelson Magaliff Moser, LLP
                                              Proposed Attorneys for the Trustee
                                              340 Madison Avenue, 19th Floor
                                              New York, New York 10173
                                              (P) 212-220-9404
                                              (F) 212-913-9642

                                              By:   /s/ *Robert N. Michaelson*
                                                       Robert N. Michaelson

{00003960v1 }